## 35569. FOWLER v. FOWLER.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED NOVEMBER 2, 1979 — DECIDED NOVEMBER 21, 1979.

*Dennis C. O'Brien,* for appellant.
*Fredericks, Jones & Wilbur, Jimmy W. Jones,* for appellee.